JAMES ARMOR and JACOB CLING v. JEREMIAH SPRINGER.

Court of Chancery. New Castle. August 26, 1819.

*Ridgely's Notebook II, 510.*

JOHN FENNEMORE, Administrator, d. b. n. of Richard Rahow,
v. ABRAHAM RAHOW, Executor of Levi Staats.

Court of Chancery. New Castle. August 27, 1819.

*Ridgely's Notebook II, 513.*

MADAME BUREAUX DE PUSEY, by her attorney in fact,
GABRIEL DENIZOT, v. ELEUTHERE IRENE DUPONT
[and] JA[C]QUES ANTOINE BIDERMAN.

Court of Chancery. New Castle. August 30, 1819.

*Ridgely's Notebook II, 516.*